1 | William C. Callaham (60728)
Stanley P. Fleshman (61133)
2 | **DREYER, BABICH, BUCCOLA & CALLAHAM, LLP**
20 Bicentennial Circle
3 | Sacramento, California 95826
Telephone: (916) 379-3500
4 | Facsimile: (916) 379-3599

5 | **Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

No. CIV.S-04-0374WBS KJM

PATRICK KAKUDO, BRANDON KAKUDO, a Minor, by and through his Guardian ad Litem, HOLLY MATSUDA, and HEIDI KAKUDO,

**ORDER GRANTING PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO FILE DISMISSAL OF ACTION**

       Plaintiffs,

vs.

UNITED STATES OF AMERICA,

       Defendant.
_____/

   Plaintiffs' Request for Additional Time to File Dismissal of Action is hereby granted.

   A Request for Dismissal is to be filed 45 days from the date of this Order.

DATED: November 9, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/kakudo0374.ord

1

**ORDER GRANTING PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO FILE DISMISSAL OF ACTION**