William C. Callaham (60728)
Stanley P. Fleshman (61133)
**DREYER, BABICH, BUCCOLA & CALLAHAM,** LLP
20 Bicentennial Circle
Sacramento, California  95826
Telephone: (916) 379-3500
Facsimile:  (916) 379-3599

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KAKUDO, BRANDON KAKUDO, a Minor, by and through his Guardian ad Litem, HOLLY MATSUDA, and HEIDI KAKUDO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____/ | No. CIV.S-04-0374WBS KJM<br><br>**ORDER GRANTING PLAINTIFFS' SECOND REQUEST FOR ADDITIONAL TIME TO FILE DISMISSAL OF ACTION** |

Plaintiffs' Second Request for Additional Time to File Dismissal of Action is hereby granted.

A Request for Dismissal is to be filed on or before January 27, 2006.

DATED: November 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/kakudo0374.eot