1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Defendant

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 BRANDON KAKUDO, a minor, by        )   CIV S-04-0374-WBS-KJM
   and through his Guardian ad Litem, )
12 HOLLY MATSUDA, and HEIDI           )   ORDER OF DISMISSAL PURSUANT TO
   KAKUDO,                            )   STIPULATION BETWEEN THE PARTIES
13                                    )
              Plaintiffs,             )
14                                    )
          v.                          )
15                                    )
   UNITED STATES OF AMERICA,          )
16                                    )
              Defendant.              )
17 _____)

18        Minor Brandon Kakudo's compromise settlement having been approved by the Court on

19 January 4, 2006, this action is hereby DISMISSED WITH PREJUDICE pursuant to the Stipulation

20 for Compromise Settlement, Releases and Dismissal filed herein on January 5, 2006.  The Clerk of

21 the Court shall enter the dismissal and release in the official docket.

22        IT IS SO ORDERED.

23

24 DATED: January 6, 2006

25

26                                        _____
                                          WILLIAM B. SHUBB
27                                        UNITED STATES DISTRICT JUDGE

28

                                          1